# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| DUNMORE HOMES, LLC, a California corporation, DUNMORE LAGUNA RESERVE, LLC, a California corporation, and PREMIER INDEMNITY COMPANY, INC., a Hawaiian corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH AMERICAN CAPACITY INSURANCE COMPANY, a New Hampshire corporation,<br><br>Defendant. | Case No.: 2:14-CV-02132-TLN-AC<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE DISCOVERY CUTOFF DATE**<br><br>Dept.: 2<br>Judge: Hon. Troy L. Nunley<br>Complaint Filed: 9/15/14<br>First Amended Complaint filed: 1/29/16<br>Trial Date: 3/13/17 |

Pursuant to the Stipulation by and between the parties to this action, the cutoff for completion of discovery is continued from April 15, 2016 to September 30, 2016.

IT IS SO ORDERED.

Dated: March 11, 2016

_____
Troy L. Nunley
United States District Judge